

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

August 23, 2024

**By ECF and EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Kodjo Kondon*, 17 Cr. 566 (KMK)

Dear Judge Karas:

Although the parties appeared before U.S. Magistrate Judge Andrew E. Krause today, August 23, 2024, for a change of plea hearing, the defendant declined to move forward with the plea offered. The parties continue to discuss a potential resolution short of trial. Accordingly, the Government respectfully requests that the Court set a further status conference on or after September 9, 2024, and exclude time from today until the next status conference pursuant to Title 18, U.S.C. Section 3161(h)(7)(A).

> The Court will hold a status conference on 9/17/24, at 11:00. Time is excluded until then, in the interests of justice, to all the Parties to continue their discussions toward a resolution of this case. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).
>
> So Ordered.
> /s/ 8/23/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

cc:   Jeffrey Chabrowe, Esq. (by ECF and Email)