

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

January 31, 2025

**BY ECF/EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Kodjo Kondon*, 17 Cr. 566 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request that the Court "so order" this letter requesting that the Clerk of the Court correct the spelling of the name of defendant, Kodjo Kondon, on the docket in the above-captioned matter, from "Kadjo" to "Kodjo." As discussed during Mr. Kondon's sentencing hearing on January 23, 2025, although Mr. Kondon's first name is spelled correctly on the charging and other documents filed in this case there is a typographical error on the docket. At the sentencing hearing, the defendant indicated that he had no objection to the correction.

Respectfully Submitted,

DANIELLE R. SASSOON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

Granted.

So Ordered.
1/31/25